FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2022 NOV -4  PM 2: 38

M. REGINA THOMAS
CLERK

BY _____ CLERK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | * | |
| | * | |
| LEONA F. THOMAS, | * | BANKRUPTCY CASE NO. |
| | * | 22-55948-SMS |
| Debtor. | * | |
| | * | |
| | * | |
| NEWREZ LLC D/B/A | * | |
| SHELLPOINT MORTGAGE | * | |
| SERVICING, | * | |
| | * | |
| Movant. | * | CONTESTED MATTER |
| | * | |
| vs. | * | |
| | * | |
| LEONA F. THOMAS, DEBTOR | * | |
| EARNEST THOMAS, CO-DEBTOR | * | |
| K. EDWARD SAFIR, TRUSTED | * | |

Respondents

### **NOTICE OF APPEAL**

The Debtor/Movant, Leona F. Thomas and Earnest Thomas ("Debtor"), hereby

appeals to the United States District Court for the Northern District of Georgia from the

final Order Granting Respondents' request to annul the automatic stay and Nunc Pro

Tunc & Request For Finding Pursuant to 11 U.S.C Section 362 (d)(4) which was entered

by United States Bankruptcy Judge Sage M. Sigler on October 20, 2022 [Docket No. 20,

the "Order"]. A copy of the Order is attached hereto as Exhibit "A". Debtor appeals the

Order and requests that same be reversed.

The names of all parties to the order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

Appellant:

Leona F. Thomas
3410 Donegal Street
Snellville, Ga. 30039

Earnest Thomas
3410 Donegal Street
Snellville, Ga. 30039

Counsel for NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE
SERVICING

Maria Tsagaris
McCalla Raymer Pierce, LLC
1544 Old Alabama Road
Roswell, Ga. 30076-2102

THIS THE 3rd day of November, 2022.

Respectfully Submitted,

Leona F. Thomas
Earnest Thomas
DEBTORS, PRO SE

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

**Albert C. Guthrie**
**Attorney for the Standing Chapter 13 Trustee**
**Suite 1600**
**285 Peachtree Center Avenue, NE**
**Atlanta, Georgia 30303**