**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: <br><br> Leona F. Thomas <br><br> Debtor(s) | CASE NO. 22-55948-sms <br><br> CHAPTER 13 |
| Leona F. Thomas and Earnest Thomas <br><br> Appellants <br> v. <br> Newrez LLC dba Shellpoint Mortgage Servicing <br><br> Appellees | |

**NOTICE TO APPELLANT AND APPELLEE**

RE:  NOTICE OF APPEAL FILED ON November 4, 2022

NOTICE IS GIVEN that the Appellant shall, within 14 days of November 4, 2022 the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee (include the corresponding docket number for each pleading listed);

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. A written request for the transcript and deliver a copy to the court reporter IF the record designated includes a transcript of any proceeding or a part thereof.

NOTICE IS FURTHER GIVEN that within 14 days after the service of the appellant's statement, the appellee may file and serve on the appellant a designation of additional items to be included in the record on appeal.  Without a designation of the record, the record prepared by the Clerk will consist only of the notice of appeal, the judgment, order or decree appealed from, and any opinion, findings of fact, and conclusions of law of the court (*See* Rule 8009 of the Federal Rules of Bankruptcy Procedure.)

**YOU SHOULD REDACT (REMOVE) PERSONAL INFORMATION from the documents and exhibits in the Designated Record.  Include only the last four digits of any Social Security number, taxpayer-identification number, or financial account number.  Include only an individual's year of birth or the initials of a minor child** (*See* Rule 9037 of the Federal Rules of Bankruptcy Procedure.)

M. REGINA THOMAS, CLERK

By: /s/_____
    Yahaira Lugo, Deputy Clerk

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2022 NOV -4  PM 2:38

M. REGINA THOMAS
CLERK

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| LEONA F. THOMAS, | * | BANKRUPTCY CASE NO. |
| | * | 22-55948-SMS |
| Debtor. | * | |
| | * | |
| | * | |
| NEWREZ LLC D/B/A | * | |
| SHELLPOINT MORTGAGE | * | |
| SERVICING, | * | |
| | * | |
| Movant. | * | CONTESTED MATTER |
| | * | |
| vs. | * | |
| | * | |
| LEONA F. THOMAS, DEBTOR | * | |
| EARNEST THOMAS, CO-DEBTOR | * | |
| K. EDWARD SAFIR, TRUSTED | * | |

Respondents

**NOTICE OF APPEAL**

The Debtor/Movant, Leona F. Thomas and Earnest Thomas ("Debtor"), hereby appeals to the United States District Court for the Northern District of Georgia from the final Order Granting Respondents' request to annul the automatic stay and Nunc Pro Tunc & Request For Finding Pursuant to 11 U.S.C Section 362 (d)(4) which was entered by United States Bankruptcy Judge Sage M. Sigler on October 20, 2022 [Docket No. 20, the "Order"]. A copy of the Order is attached hereto as Exhibit "A". Debtor appeals the Order and requests that same be reversed.

The names of all parties to the order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

Appellant:

Leona F. Thomas
3410 Donegal Street
Snellville, Ga. 30039

Earnest Thomas
3410 Donegal Street
Snellville, Ga. 30039

Counsel for NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE
SERVICING

Maria Tsagaris
McCalla Raymer Pierce, LLC
1544 Old Alabama Road
Roswell, Ga. 30076-2102

THIS THE 3rd day of November, 2022.

Respectfully Submitted,

Leona F. Thomas
Earnest Thomas
DEBTORS, PRO SE

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

**Albert C. Guthrie**
**Attorney for the Standing Chapter 13 Trustee**
**Suite 1600**
**285 Peachtree Center Avenue, NE**
**Atlanta, Georgia 30303**