**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**The Court is now live on NextGen CM/ECF. To continue e-filing, all registered attorneys must have an individual, upgraded PACER account. In addition, attorneys who registered for e-filing in this court prior to April 15, 2019, must link their individual, upgraded PACER account to their legacy CM/ECF account. Details may be found on our website.**

U.S. District Court

Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 11/8/2022 at 9:42 AM EST and filed on 11/7/2022

| | |
|---|---|
| **Case Name:** | Thomas et al v. NewRez LLC |
| **Case Number:** | 1:22-cv-04432-LMM |
| **Filer:** | Leona F. Thomas |
| | Earnest Thomas |

**Document Number:** 1

**Docket Text:**
**Bankruptcy Notice of Appeal, USBC Case#: 22-55948-sms. Notice of Appeal filed 11/04/2022 from Order entered 10/20/2022 by Appellant Leona F. Thomas, Earnest Thomas. Fee Paid: No. filed by Leona F. Thomas, Earnest Thomas. (Attachments: # (1) Notice of Appeal, # (2) Appealed Order, # (3) Docket Sheet)(tas) Please visit our website at http://www.gand.uscourts.gov/commonly-used-forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form.**

**1:22-cv-04432-LMM Notice has been electronically mailed to:**

**1:22-cv-04432-LMM Notice has been delivered by other means to:**

Earnest Thomas
3410 Donegal Street
Snellville, GA 30039

Leona F. Thomas

3410 Donegal Street
Snellville, GA 30039

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/8/2022] [FileNumber=12888565-0] [7ea658d3c6b693d754d22ba209a3fccff06faa89d39c3d35eefbfb36d56b1004a1424a21373e3ea9baadb28ab4d78fcf65fdb16bfbd20bb10e3d47eb6a022612]]

**Document description:** Notice of Appeal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/8/2022] [FileNumber=12888565-1] [68929abcd9a8d6610826e965f2563efe9aacf9f8eb2b11f18484572c34de01635d4b5f6f23f5d7929da6822d806297bccb7329cbe38ef14b9850c0882fbb6e07]]

**Document description:** Appealed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/8/2022] [FileNumber=12888565-2] [6d99f4d8906a6293e985bff31832744bb44780ddadd915b94563b81d51a2e469ff089fae929257464daee23c192cb412334b0c016a372170e58272176c7a8634]]

**Document description:** Docket Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=11/8/2022] [FileNumber=12888565-3] [74936d92e9b26155fe145be300cdcc79f841dc83d23f6b7d0bf8b4e00ee7833de407dbe04bc6aaa5ce483170b74fd2794ac295ad748a9c9af797de98c864d663]]